JEFFREY D. WOHL (Cal. State Bar No. 96838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PETER A. COOPER (Cal. State Bar No. 275300)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone: (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
rishisharma@paulhastings.com
petercooper@paulhastings.com

Attorneys for Defendant
Target Corporation

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER E. STOCKMAN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 to 100,<br><br>Defendants. | No. CV12-00542 MWF (MRWx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that plaintiff Christopher E. Stockman's claims in this action be and hereby are dismissed as follows:

1. Plaintiff's claims on behalf of himself individually hereby are DISMISSED WITH PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.

2. Plaintiff's claims on behalf of the class proposed by plaintiff hereby are DISMISSED WITHOUT PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.

Dated: June 11, 2012.

_____
Michael W. Fitzgerald
United States District Judge